THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS J. JOSEPH, Appellant. [930 NYS2d 172]—

1414

■■■■■■■■■ Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.